**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00577-LTB

CRG CONSTRUCTION, INC., a Colorado corporation,

       Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, a Delaware corporation,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Motion for Leave to File Amended Answer and Counterclaim (Doc 20 - filed September 5, 2012) is GRANTED.  The tendered First Amended Answer and Counterclaim (Doc 21) is accepted for filing.

Dated:   September 6, 2012
___