**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00577-LTB-BNB

CRG CONSTRUCTION, INC., a Colorado corporation,

      Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, a Delaware corporation,

      Defendant.

_____

**ORDER**
_____

The above case is before me on the Recommendation of the Magistrate Judge that:

(1)   Plaintiff's uncontested Motion to Amend Scheduling Order (Doc 24) be granted;

(2)   the final pretrial conference set for April 5, 2013 at 9:00 a.m. and the trial set to commence on May 6, 2013 be vacated and reset to later dates; and

(3)   the scheduling order (Doc 17) be modified to the following extent:

    Discovery cutoff:           June 14, 2013

        (All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off)

    Discovery is limited as follows:    10 depositions per side;
                                                 25 interrogatories per side;
                                                 25 requests for production of documents per side; and
                                                 25 requests for admissions per side, all including discrete subparts.

Dispositive motions deadline:    June 14, 2013

Expert disclosures:

    (a)    The parties shall designate all experts and providei opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 15, 2013; and

    (b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 15, 2013.

The Recommendation was issued and served on November 27, 2012. No objections have been filed to the Recommendation and therefore the parties the barred from *de novo* review. Accordingly

IT IS ORDERED that the Recommendation is approved as set forth above.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:   December 13, 2012