IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00577-LTB-BNB

CRG CONSTRUCTION, INC., a Colorado corporation,

Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, a Delaware corporation,

Defendant.
_____

**ORDER**
_____

Good cause having been shown,

IT IS ORDERED:

(1) The case schedule is modified to the following extent:

Discovery Cut-Off: November 30, 2013;

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: November 30, 2013;

Expert Disclosures:

(a) The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 31, 2013;

  (b)  The defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 15, 2013; and

  (c)  The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 15, 2013.

(2) No further extensions will be granted.

Dated June 20, 2013.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge