**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00577-LTB

CRG CONSTRUCTION, INC., a Colorado corporation,

       Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, a Delaware corporation,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Notice of Withdrawal of Second Motion Partial Summary Judgment (Doc 56 - filed November 5, 2013) is **GRANTED**.

       Defendant's Second Motion for Partial Summary Judgment (Doc 51) is WITHDRAWN.

Dated:   November 6, 2013

---