**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00577-LTB-BNB

CRG CONSTRUCTION, INC., a Colorado corporation,

      Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY, a Delaware corporation,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 58 - filed January 21, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   January 22, 2014